**Ballard Spahr** LLP

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
TEL 302.252.4465
FAX 302.252.4466
www.ballardspahr.com

Matthew G. Summers
Tel: 302.252.4428
Fax: 302.252.4466
summersm@ballardspahr.com

January 7, 2022

*Via Electronic Filing*

The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
844 North King Street, Unit 9
Wilmington, DE 19801

Re:   *Shabazz v. Delaware Department of Correction, et al.*,
      C.A. No. 1:16-cv-570 (RGA)

Dear Judge Andrews:

I write on behalf of all parties to supplement the Joint Status Report (D.I. 223) filed with the Court on January 7, 2022 in the above-captioned action.

The parties have conferred and have agreed to seek a continuance of the trial in order to return to mediation with Judge Burke, subject to his availability. All parties believe continuing trial and pursuing further settlement discussions through mediation is in their respective best interests. As the result of recent developments in settlement discussions, the parties further believe there is a reasonable prospect they will be able to consensually resolve this matter through continued mediation. By this letter, the parties formally request the Court continue the trial scheduled to begin on January 18, 2022. Should the Court still want to hold a status conference next week, the parties are available on January 11 from 2-4 pm.

Respectfully submitted,

*/s/ Matthew G. Summers*

Matthew G. Summers (No. 5533)